IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES C. SIMON, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-4540 |
| THE FIRST LIBERTY : | |
| INSURANCE CORPORATION : | |

# O R D E R

**AND NOW**, this 5th day of December, 2016, upon consideration of Defendant The First Liberty Insurance Corporation's Motion to Dismiss for Failure to State a Claim (ECF No. 8), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**.

2. Count II is **DISMISSED**.

3. Plaintiff's request to amend the Complaint is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**U.S. District Judge**